# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

BIRCH HILL INC
ATTN: MARY HOFMANN 1202 NE MCCLA
IN RD BLDG #7 BENTONVILLE AR 72712

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 12431-2019 | 04/12/2019 | - 135.00 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1384-2019 | 03/21/2019 | 20,555.43 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1385-2019 | 03/21/2019 | 6,851.80 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1386-2019 | 03/22/2019 | 5,692.27 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1387-2019 | 03/21/2019 | 11,156.86 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1388-2019 | 03/21/2019 | 3,699.27 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1389-2019 | 03/22/2019 | 4,722.48 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1390-2019 | 03/21/2019 | 17,727.01 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1391-2019 | 03/21/2019 | 5,909.00 |
| 685098 | 05/29/2019 | 06/10/2019 | 82,023.19 | 1392-2019 | 03/22/2019 | 5,844.07 |
| TOTAL | | | $ 82,023.19 | 15 | | |